**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7550**

---

BOBBY MICHAEL GILYARD,

Plaintiff - Appellant,

versus

MCCORMICK COUNTY JAIL; GEORGE REID, Sheriff of
McCormick County,

Defendants - Appellees.

---

**No. 97-7551**

---

BOBBY MICHAEL GILYARD,

Plaintiff - Appellant,

versus

ROBERT M. STEWART, Chief of South Carolina Law
Enforcement Division ("SLED"); SOUTH CAROLINA
LAW ENFORCEMENT DIVISION; WHITTLE, Sheriff;
COLUMBIA COUNTY (GEORGIA),

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Orangeburg. Patrick Michael Duffy, District Judge. (CA-97-2271-5-23, CA-97-2743-5-23)

Submitted: February 26, 1998     Decided: March 24, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Michael Gilyard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals two district court orders denying relief on his 42 U.S.C. § 1983 (1994) complaints. We have reviewed the records and the district court's opinions accepting the magistrate judge's recommendation and find no reversible error. Although Appellant filed objections to the magistrate judge's recommendations, the objections were not specific to the recommendations. Accordingly, we affirm both orders on the reasoning of the district court. Gilyard v. McCormick County Jail and Gilyard v. Stewart, Nos. CA-97-2271-5-23 and CA-97-2743-5-23 (D.S.C. Oct. 8, 1997). We deny Appellee Whittle's motion to dismiss in appeal No. 97-7551. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3